EXHIBIT 1

UNITED STATES TAX COURT

RONALD L. RAKOW and
JULIE K. RAKOW,

Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE,

Respondent.

Docket No. 12024-95

DECISION

Pursuant to the agreement of the parties in the above-entitled case, it is

ORDERED AND DECIDED:
That there are deficiencies in income tax and additions to tax due from the petitioners as follows:

| Year | Deficiency | Additions to tax - I.R.C. § 6651(a) | 6653(a)(1) | 6653(a)(2) | 6661 |
|---|---|---|---|---|---|
| 1985 | $127,719 | $33,098 | $6,620 | * | $86,669 |

* The addition to tax under I.R.C. § 6653(a)(2) is 50% of the interest payable under I.R.C. § 6601 with respect to the portion of the underpayment which is attributable to negligence, which is $127,719 of the deficiency for the taxable year 1985.

| Year | Deficiency | Additions to tax - I.R.C. § 6651(a) | 6653(a)(1)(A) | 6653(a)(1)(B) | 6661 |
|---|---|---|---|---|---|
| 1986 | $146,275 | $36,026 | $7,572 | * | $36,569 |
| 1987 | $109,423 | $26,916 | $5,760 | * | $27,356 |

* The addition to tax under I.R.C. § 6653(a)(1)(B) is 50% of the interest payable under I.R.C. § 6601 with respect to the portion of the underpayment which is attributable to negligence,

USA 40100

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: [signature]
DEPUTY CLERK

Exhibit 1 Page 1

SERVED JUN - 7 1996

which is $146,275 of the deficiency for the taxable year 1986 and $109,423 of the deficiency for the taxable year 1987.

| Year | Deficiency | Additions to tax - I.R.C. § | |
|---|---|---|---|
| | | 6661 | 6662 |
| 1988 | None | None | -- |
| 1989 | $42,501 | -- | None |

Judge.

Entered: JUN 7 1996

*　　*　　*　　*　　*

It is hereby stipulated that the Court may enter the foregoing decision in the above-entitled case.

It is further stipulated that, effective upon the entry of this decision by the Court, petitioners waive the restrictions contained in I.R.C. § 6213(a) prohibiting assessment and collection of the deficiencies (plus statutory interest) until the decision of the Tax Court becomes final.

USA 40101

Docket No. 12024-95

It is further stipulated that interest will be assessed as provided by law on the deficiencies in tax and additions to tax due from the petitioners.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

David M Hellman ✓

DAVID M. HELLMAN
Counsel for Petitioners
Tax Court No. HD0379
700 Irwin Street
Suite 203
San Rafael, CA 94901-3300
(415) 457-4411

By: Lamont R. Olson ✓

LAMONT R. OLSON
Assistant District Counsel
Tax Court No. OL0033
Internal Revenue Service
160 Spear St., Room 504
San Francisco, CA 94105
(415) 744-9217

Date: MAY 30, 1996

Date: MAY 31 1996

USA 40102

EXHIBIT 3

UNITED STATES TAX COURT

| | | |
|---|---|---|
| RONALD L. RAKOW and JULIE K. RAKOW, Petitioners, | ) | |
| v. | ) | Docket No. 4103-96 |
| COMMISSIONER OF INTERNAL REVENUE, Respondent. | ) | |

DECISION

Pursuant to agreement of the parties in this case, it is

ORDERED AND DECIDED: That there is a deficiency in income tax due from the petitioners for the taxable year 1992 in the amount of $78,105.00; and

That there is a penalty due from the petitioners for the taxable year 1992, under the provisions of I.R.C. § 6662(a), in the amount of $15,621.00.

Judge.

Entered: MAR 1 1 1997

*      *      *      *      *

It is hereby stipulated that the Court may enter the foregoing decision in this case.

It is further stipulated that interest will be assessed as provided by law on the deficiency and penalty due from the petitioners.

USA 40103

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: ______________
DEPUTY CLERK

Exhibit 3 Page 1

SERVED MAR 1 1 1997

Docket No. 4103-96

It is further stipulated that, effective upon the entry of this decision by the Court, petitioners waive the restrictions contained in I.R.C. § 6213(a) prohibiting assessment and collection of the deficiency and penalty (plus statutory interest) until the decision of the Tax Court becomes final.

STUART L. BROWN
Chief Counsel
Internal Revenue Service

DAVID M. HELLMAN
Counsel for Petitioners
Tax Court Bar No. HD0379
700 Irwin St., Ste. 203
San Rafael, CA 94901-3300
Telephone: (415) 457-4411

By: BRYCE A. KRANZTHOR
Acting Assistant District Counsel
Tax Court Bar No. KB0096
160 Spear Street, 9th Floor
San Francisco, CA 94105
Telephone: (415) 744-9211

Date: Feb. 27, 1997

Date: MAR 06 1997

USA 40104



Exhibit 3 Page 2