Anna Del Bianco
632 Foster Ave,
Madera, California
93637
April 4, 2007

The Honorable Margaret M. Morrow
United States District Judge

Dear Judge Morrow:

I'm writing this letter for your consideration and possible leniency in your sentencing of Ron Rakow on April 9th.

I have come to know Ron, through his relationship with my daughter, Denise Del Bianco. He has always been very kind, considerate and respectful to me, my daughter and grandchildren. He has treated the children as if they were his own. He has always made me feel welcome in their home and would be there to help me with any problem I might have,

In the years that I have known Ron, I can't believe that he would ever do anything that would harm Denise in any way, because of the respect he has for her. Therefore, I do not believe that there was a scheme between Ron and Denise. Furthermore, Denise would

never consent to do anything criminal.

Ron has expressed to me that he was concerned and sorry that Denise got dragged into his problems with the I.R.S. He is very remorseful that she has to suffer along with him for something they didn't do. Denise has always been very concerned about paying her taxes and not even Ron, would have been able to talk her into the scheme they are being accused of. I am very thankful that Denise was found not guilty of the charge of a scheme with Ron, but I can't understand how Ron can be guilty of the same scheme.

I guess I do not know enough about the justice system. I am hoping you will take what I have said into consideration, and maybe justice can be served by you granting leniency in Ron's sentencing.

Thank you for your attention.

I remain.

Sincerely,

Mrs. Anna Del Bianco

April 1, 2007

The Honorable Margaret M. Morrow
United States District Judge

Dear Judge Morrow:

It all starts on August 7, 1963. This is the day I was born. My parents, Bob and Elaine Sydney lived at 100 Caton Avenue in Brooklyn, New York. They were in apartment 7M and Ron Rakow's parents, Irving and Lillian, were in apartment 4M. My parents were friendly with the Rakows even before I was born.

Ron's parents have treated me like a Grandson from day one. As I was growing up the family and I have always been close. I became a stockbroker in December 1987 and this is when Ron and I became close. He could not do enough for me, referring many clients to me as well as giving me a great deal of his business. My father died in 1985 and Ron has been a second father to me ever since.

Since 1997 my wife, Beth and I have tried to have another child. I was lucky enough to have been able to adopt her son from a prior marriage. We could not conceive naturally so we thought we should adopt. As always, before I made my decision, I spoke to Ron about it and he thought it was a great idea. We made contact with a girl who was going to let us adopt her twins, however, after their birth she changed her mind. Ron was very upset about this and wrote a fantastic letter to the birth mother. She did not change her mind but it was amazing the effort made by Ron. He always treated me like one of his kids. We speak at least once a week and the first thing he asks is "How are you, Beth and the children?" I have lost one father to death and I hope I do not lose my other father to jail.

I will be happy if Ron can call me in August to wish me a happy 44th from his home. He is an unbelievable person who would serve his family and friends a great deal better out of jail. He is looking forward to spending time with his loved ones when this whole situation is over.

Sincerely yours,

Loren Sydney

1907 Manchester Circle
Naples, Florida 34109